# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

A USPS Priority Mail Express parcel with tracking number EL823985645US addressed to "Delandria Hawkins, 1470 Red Stone Trails (sic) #8, Howard, WI 54313" with a return address of "Terry Hawkins, 3777 S Gessner Rd 805, Houston, TX 77063."

Case Number: 19 m 707

U.S. District Court
Wisconsin Eastern
JUL 11 2019
FILED
Stephen C. Dries, Clerk

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Matt Schmitz, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

A USPS Priority Mail Express parcel with tracking number EL823985645US addressed to "Delandria Hawkins, 1470 Red Stone Trails (sic) #8, Howard, WI 54313" with a return address of "Terry Hawkins, 3777 S Gessner Rd 805, Houston, TX 77063."

currently located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓ contraband, fruits of a crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, United States Code, Sections 841(a)(1) and 843(b).

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: Matt Schmitz, U.S. Postal Inspector

Sworn to before me, and signed in my presence.
Date ___July 11___, 2019
City and state: Green Bay, Wisconsin

Judge's signature
THE HONORABLE WILLIAM C. GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

# AFFIDAVIT

Matt Schmitz, United States Postal Inspector, being duly sworn, states the following information was developed from his personal knowledge and from information furnished to him by other law enforcement agents and professional contacts:

## I. INTRODUCTION

1. I have been employed by the United States Postal Inspection Service for approximately 15 years and was previously employed as a Police Officer with the City of Middleton (WI) and City of Janesville (WI) Police Departments for a total of six years. As part of my duties as a Postal Inspector, I investigate the use of the U. S. Mails to illegally send and receive controlled substances and drug trafficking instrumentalities. I have participated in investigations which have resulted in the arrest of individuals who have received and distributed controlled substances using the U.S. Mail, as well as the seizure of the illegal drugs and proceeds from the sale of those illegal drugs. My training and experience includes identifying packages with characteristics indicative of criminal activity, namely, the distribution of controlled substances.

## II. PARCEL TO BE SEARCHED

2. This affidavit is submitted in support of an application for a search warrant for a 15 inch by 12 inch by 10 inch U.S.P.S. Priority Mail Express parcel with tracking number EL823985645US, mailed on July 10, 2019, from Houston, TX zip code 77063-9944. This parcel bears handwritten addressee and return address information. The parcel is addressed to "Delandria Hawkins, 1470 Red Stone Trails (sic) #8, Howard, WI 54313" and bears a return address of "Terry Hawkins, 3777 S Gessner Rd 805, Houston, TX 77063." The parcel weighs approximately 4 pounds 11 ounces, exhibits postage in the amount of $94.25, and is hereinafter referred to as the SUBJECT PARCEL.

## III. INVESTIGATION

3. On July 10, 2019, U.S. Postal Inspection Service General Analyst (GA) Jeff May searched US Postal Service records for Priority Mail Express Mail parcels that were destined to be delivered to the Green Bay, WI area on or about July 11, 2019. As a part of GA May's duties he regularly reviews USPS mailing records in order to

identify parcels that may be associated with controlled substance trafficking. These reviews are often conducted independent of any specific information identifying a particular address or person as being suspected of receiving controlled substances or sending controlled substances or the proceeds related to the distribution of controlled substances. Through my training and investigative experience, I have learned that parcels containing controlled substances, controlled substance paraphernalia, or proceeds related to the sale of controlled substances generally exhibit characteristics that could include:

    a. The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b. The article bears a handwritten label;

    c. The handwritten label on the article does not contain a business account number; and

    d. The article originated from an area that, based on past experience is a known origination point for controlled substances and is destined for an area that, based on past experience, is a known destination point for controlled substances in the mail; or the reverse: the article originated from an area that, based on past experience, is a known origination point for proceeds from the sale of controlled substances, and is destined for an area that, based on past experience, is a known destination point for controlled substance proceeds.

    e. The article weighs one or more pounds or is a weight that is consistent with the parcel containing items other than papers.

Parcels found to meet these characteristics are scrutinized by Postal Inspectors through further investigation, which could include address and name verifications and examination by a trained controlled substance-detecting canine. During GA May's review he located a U.S.P.S. Priority Mail Express Mail parcel with tracking number EL823985645US (SUBJECT PARCEL) that had been mailed from Houston, TX on July 10, 2019, was due to be delivered to 1470 Red Stone Trl Apt 8, Green Bay, WI 54313 on July 11, 2019, and weighed approximately 4 pounds, 11 ounces.

4. On July 10, 2019, GA May researched USPS records for evidence of previous parcels mailed to 1470 Redstone Trl Apt 8 in Green Bay, WI 54313 and saw this address received a Priority Mail Express parcel with tracking number EE235517087US on June 1, 2019, that weighed approximately one pound, one ounce. This parcel was addressed to Delandria Hawkins and exhibited a return address of "Chris Taylor, 5938 Belcrest, Houston, TX 77033." I search the CLEAR law enforcement search engine for records on subjects associated with 5938 Belcrest in Houston, TX and learned that no one with the last name of Taylor was known to be associated with that address. I also searched CLEAR records for information on the return address displayed on the SUBJECT PARCEL, "Terry Hawkins, 3777 S Gessner Rd 805, Houston, TX 77063," and learned from this query that no one named "Terry Hawkins" was known to be associated with 3777 S Gessner Rd in Houston, TX. I have learned through my training and investigative experience that individuals receiving controlled substances through the US Mail commonly receive mailings or packages containing controlled substances on a regular basis (weekly, bi-weekly, monthly, etc) that are often mailed from the same area (Houston, TX) to the same destination address. Further, I have learned that individuals selling controlled substances often receive the controlled substances in parcels that weigh in excess of one pound. This is true considering the shipper may use packaging materials or containers to conceal the controlled substances or mask any potential odor they dispense. Also, an individual selling controlled substances has a need to possess greater amounts and weights of those substances in order to supply their customers or other drug users. Finally, I have learned that individuals mailing controlled substances commonly use a fictitious name for the return address in an attempt to maintain anonymity and avoid identification as the source of the controlled substances.

5. On July 11, 2019, I located the SUBJECT PARCEL at the U.S. Postal Service's Processing and Distribution Facility (P&DF) in Green Bay, WI as it arrived for further processing. I saw the SUBJECT PARCEL exhibited tracking number EL823985645US, was addressed to "Delandria Hawkins, 1470 Red Stone Trails (sic) #8, Howard, WI 54313," and bore a return address of "Terry Hawkins, 3777 S Gessner Rd 805, Houston, TX

77063." On July 11, 2019, I contacted Brown County Drug Task Force Investigator and K-9 Officer Kyle Mason who agreed to assist in presenting the SUBJECT PARCEL to a dog sniff. Investigator Mason is a trained handler of a certified drug detection dog named "Sasha." Investigator Mason explained that Sasha is trained in detecting the presence of marijuana, cocaine, heroin, and methamphetamine, and was last certified in detecting controlled substances in May of 2019. Before the SUBJECT PARCEL was placed, Investigator Mason deployed Sasha in a conference room at the Green Bay P&DF and said Sasha did not alert to the odor of controlled substances in the room. Consistent with Investigator Mason's training, experience, and direction, I then placed the SUBJECT PARCEL under a large wooden desk in this same conference room at the Green Bay P&DF. Investigator Mason did not see where I had placed the SUBJECT PARCEL. Sasha examined the conference room and Investigator Mason said Sasha alerted to the odor of controlled substances in a parcel under a table. I identified the parcel Investigator Mason was referring to as the SUBJECT PARCEL. Sasha did not alert to the odor of controlled substances in any other area of the conference room. Following the dog sniff I retained custody of the SUBJECT PARCEL and currently have it secured at the Postal Inspection Service office in Oneida, WI, in the Eastern District of Wisconsin.

6. Postal Regulation Sec. 274.31 of the United States Postal Service Administrative Support Manual states that no one may detain mail sealed against inspection, except under the following condition: A Postal Inspector acting diligently and without avoidable delay, upon reasonable suspicion, for a brief period of time, to assemble evidence sufficient to satisfy the probable cause requirement for a search warrant issued by a Federal Court.

7. For these reasons, there is probable cause to believe the SUBJECT PARCEL contains controlled substances, controlled substance paraphernalia, and/or proceeds or payment related to the sale of controlled substances. I am seeking the issuance of a warrant to search this parcel, and the contents contained therein, for contraband

- 5 -

and evidence of a crime, namely, possession and possession with the intent to distribute controlled substances, and use of the mails to commit a controlled substance felony, in violation of Title 21, United States Code, Sections 841(a)(1), and 843(b).

_____
Matt Schmitz
U.S. Postal Inspector

Subscribed and sworn to before me this __11th__ day of July, 2019.

_____
The Honorable William C. Griesbach
United States District Court Chief Judge
Eastern District of Wisconsin